# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

District Court Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

15.    JAMES SWITZER,

      Defendant.

_____

## ENTRY OF APPEARANCE
_____

      Jonathan S. Willett, a member of the bar of this Court, hereby enters his general appearance for the Defendant number 15, James Switzer.

Dated: January 25, 2012            Respectfully submitted,


                        s/ Jonathan S. Willett___
                       Jonathan S. Willett, #16264
                       1331 17th Street, Suite 608
                       Denver, Colorado 80202
                       Telephone: (303) 832-5648
                       Facsimile:  (303) 832-7813

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of January, 2012 a true and correct copy of the foregoing ENTRY OF APPEARANCE was served via Electronic Mail and U.S. Mail on the following:

Guy Till
U.S. Attorney's Office-Denver
1225 17th Street East #700
Denver, CO 80202
Fax: 303-454-0409
Email: guy.till@usdoj.gov

s/ Kate Bartell Nowak
For Law Offices of Jonathan S. Willett