# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

District Court Case No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.    JAMES SWITZER,

    Defendant.

_____

**MOTION TO RECONSIDER ORDER FOR DETENTION**
_____

Defendant number 15, James Switzer, through counsel, hereby requests the Court to reconsider the Motion for Defendant's Detention. As grounds, Defendant states:

1. Defendant appeared before the Court on Thursday, January 26, 2012, and the Court ordered the Defendant to be detained.

2. Of the sixteen defendants, the Court accorded bonds to seven defendants, three defendants were detained, and six defendants have not completed the detention hearing.

3. A theme appeared that the defendants who were less involved in the incitement received bonds.

4. Mr. Switzer is only charged in Count 28 and Count 32. Mr. Switzer's is not a member of the gang involved in this investigation.

5. The Court noted Mr. Switzer's criminal history militated against the Court's ability to find a set of conditions that would permit Mr. Switzer's release on bond.

6. The Court said it would take another look at the bond upon review of Mr. Switzer's probation record.

7. Attached is a letter from Mr. Switzer's parole officer, Sheila Pitt, stating Mr. Switzer is fully compliant with his parole conditions. Mr. Switzer has been compliant since for fourteen months.

8. Having maintained compliance, Mr. Switzer has demonstrated that although he had had decision-making issues in the past, he has matured recently so that his previous difficulty complying with Court orders appears behind him. He has maintained the his last couple of year performing well and in complete loyalty to his family. Such circumstances shows there is a set of conditions on which Mr. Switzer can be released on bond with maintaining public safety.

WHEREFORE, Defendant requests a reconsideration and hearing on this motion.

February 2, 2012

Respectfully submitted,

 s/ Jonathan S. Willett
Jonathan S. Willett, #16264
1331 17th Street, Suite 608
Denver, Colorado 80202
Telephone: (303) 832-5648
Facsimile:  (303) 832-7813

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 2nd day of February , 2012 a true and correct copy of the foregoing **MOTION TO RECONSIDER ORDER FOR DETENTION** was served via Electronic Mail and U.S. Mail on the following:

Guy Till
U.S. Attorney's Office-Denver
1225 17th Street East #700
Denver, CO 80202
Fax: 303-454-0409
Email: guy.till@usdoj.gov

                                                s/ Kate Bartell Nowak
                                                For Law Offices of Jonathan S. Willett