# STATE OF COLORADO

## DEPARTMENT OF CORRECTIONS

Division of Adult Parole and Community Corrections
Northeast Region, Westminster Office
8800 Sheridan Boulevard
Westminster, CO 80031
Phone: (303) 426-6198
Fax: (303) 426-1354
Call Center: 1-800-426-9143



John W. Hickenlooper
Governor

Tom Clements
Executive Director

January 26, 2012

RE: SWITZER, James R.
DOB: 03/05/1983
DOC# 148289

To Whom It May Concern:

This letter is to verify dates of incarceration, and parole status for the above named subject. Incarceration for the current offense began with the Department of Corrections on 11/30/2009. Mr. Switzer remained incarcerated at various facilities, and progressed to community corrections on 04/04/2010. Mr. Switzer was granted parole from there, and was released to begin his 3 year parole on 11/23/2010. Mr. Switzer released from the halfway house, already employed, and has maintained that same employment through his parole. He started parole living with his parents in Broomfield, and progressed to his own apartment in Aurora with his significant other and children. Mr. Switzer has completed his parole requirements to date. He has achieved minimum supervision status, all drug tests have been provided with negative testing results, and he has always reported to Parole as directed. He had one parole violation in February 2011, in the form of a speeding ticket. Mr. Switzer is eligible for "earned time" credit on his sentence, and with what he has earned so far, the estimated discharge date currently shows 05/15/2013. The only time he did not earn the maximum eligible monthly earned time, was due to the previous mentioned traffic infraction. As of the date of this letter, Mr. Switzer remains in good standing, on parole status.

Respectfully,

Sheila Pitt, Community Parole Officer
Division of Adult Parole and Community Corrections
Westminster Parole Office