DEFENDANT:        6.  RICHARD W. JOHNSON

YEAR OF BIRTH:    1955

ADDRESS:        Denver, Colorado

COMPLAINT FILED: ____YES   __X___  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES   __X___  NO


OFFENSE:

| | |
|---|---|
| Count Thirty-Two: | Using and Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b)<br>Aiding and Abetting<br>18 U.S.C. § 2 |
| Count Thirty-Four: | Possession of Firearm by Prohibited Person<br>18, USC, §§ 922(g)(1) & 924(a)(2)<br>Aiding and Abetting<br>18 U.S.C. § 2 |
| Count Thirty-Five: | Possession of Firearm in Furtherance of Drug Trafficking Felony<br>18 U.S.C. § 924(c) |
| Count Thirty-Six: | Possession of Firearm by Prohibited Person<br>18, U.S.C. §§ 922(g)(1) & 924(a)(2)<br>Aiding and Abetting<br>18 U.S.C. § 2 |
| Count Thirty-Seven: | Possession of a Prohibited Weapon<br>26 U.S.C. §§ 5861(d) & 5871 |


LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

Count Thirty-Four:      NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT
                        3 years supervised release following any period of imprisonment; and a
                        $100.00 special assessment

Count Thirty-Five;      NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3
                        years supervised release following any period of imprisonment; and a
                        $100.00 special assessment.

Count Thirty-Six:       NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT
                        3 years supervised release following any period of imprisonment; and a
                        $100.00 special assessment

Count Thirty-Seven:     NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT
                        3 years supervised release following any period of imprisonment; and a
                        $100.00 special assessment


### NOTICE OF FORFEITURE

AGENT:          Special Agent Jason Cole
                Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less      __X___ over five days      _____ other


THE GOVERNMENT

__X___ will seek detention in this case      _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X___      Yes      _____ No


2