DEFENDANT:   11.  DARRELL R. PARKER

YEAR OF BIRTH:   1947, 1949

ADDRESS:   Denver, Colorado

COMPLAINT FILED:   ____ YES   __X__ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   __X__ NO


OFFENSE:

Count Eight:   Prohibited Person in Possession of Firearm
   18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
   21 U.S.C. § 856(a)(1) and (2) and (b)
   Aiding and Abetting
   18 U.S.C. § 2


LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eight:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.


   **NOTICE OF FORFEITURE**

AGENT:   Special Agent Jason Cole
   Alcohol Tobacco and Firearms


AUTHORIZED BY:   Guy Till
   Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_\_\_\_ five days or less     <u>  X  </u> over five days     \_\_\_\_\_ other

THE GOVERNMENT

<u>  X  </u> will seek detention in this case     \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     <u>  X  </u>     Yes     \_\_\_\_\_ No