# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

District Court No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2. JAMES SWITZER,

       Defendant.

## NOTICE OF DISPOSITION
_____

       DEFENDANT, by and through his court-appointed counsel, Jonathan S. Willett, hereby notifies the Court and the parties that he and the government have reached a negotiated disposition of the case.

Dated: March 2, 2012                                 Respectfully submitted,

                                                          s/ Jonathan S. Willett
                                                          Jonathan S. Willett, #16264
                                                          1331 17th Street, Suite 608
                                                          Denver, Colorado 80202-3515
                                                          Telephone: (303) 832-5648
                                                          Facsimile:  (303) 832-7813

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 2nd day of March, 2012, a true and correct copy of the foregoing NOTICE was served by ECF system electronically, addressed to:

Guy Till, Assistant United States Attorney
Guy.Till@usdoj.gov

                                                          s/ Jonathan S. Willett
                                                          For the Law Offices of Jonathan S. Willet