# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

District Court No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

15. JAMES R. SWITZER,

        Defendant.

## AMENDED NOTICE OF DISPOSITION

        DEFENDANT, by and through his court-appointed counsel, Jonathan S. Willett, hereby notifies the Court and the parties that he and the government have reached a negotiated disposition of the case.

Dated: March 2, 2012                           Respectfully submitted,

                                           s/ Jonathan S. Willett
                                           Jonathan S. Willett, #16264
                                           1331 17th Street, Suite 608
                                           Denver, Colorado 80202-3515
                                           Telephone: (303) 832-5648
                                           Facsimile:  (303) 832-7813

## CERTIFICATE OF SERVICE

        I hereby certify that on this 2nd day of March, 2012, a true and correct copy of the foregoing NOTICE was served by ECF system electronically, addressed to:

Guy Till, Assistant United States Attorney
Guy.Till@usdoj.gov

                                           s/ Jonathan S. Willett
                                           For the Law Offices of Jonathan S. Willet