## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date:   May  24, 2012
Court Reporter:     Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Guy Till

      Plaintiff,

v.

JAMES R. SWITZER,                            Jonathan Willett

      Defendant.

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**11:09 a.m.**     **Court in session.**

Defendant present in custody.

Defendant is arraigned on Count 28 of the **Indictment**.  Defendant pleads guilty to Count 28 of the **Indictment.  The Government intends to dismiss the remaining Count of the Indictment (32) and the Superseding Indictment against this defendant.**

Defendant sworn.

Defendant advised regarding:

      1)   The Plea Agreement;
      2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
      3)   The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Government orally moves to dismiss the remaining Count of the Indictment (32) and the Superseding Indictment against this defendant.  Defendant has no objection.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** The Government's oral Motion to Dismiss the remaining Count of the Indictment (32) and the Superseding Indictment against this defendant is **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 28 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set on **September 17, 2012 at 11:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motion (**Doc.# 218**) is **WITHDRAWN.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**11:49 a. m.**     **Court in recess.**

**Total Time:**  **40 minutes.**
**Hearing concluded.**