IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

District Court No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

15. JAMES R. SWITZER,

       Defendant.

### OBJECTIONS TO PRESENTENCE REPORT
_____

       DEFENDANT, by and through his court-appointed counsel, Jonathan S. Willett, hereby objects to the pre-sentence report in this case as follows:

       1.      Paragraph 21: Defendant objects to the characterization of this offense as Vehicular eluding resulting in injury, because he was in fact convicted of conspiracy to commit the foregoing offense, not the offense itself. This distinction is important, because the offense of conspiracy to commit vehicular eluding is not a "crime of violence" based upon U.S.S.G. 2K2.1(a)(2). See, e.g., United States v. Fell, 511 F.3d 1035 (10th Cir. 2007); United States v. Martinez, 602 F.3d 1166 (10th Cir. 2010). Therefore, Defendant objects to the calculation of the base offense level as 20 and believes it should be 14.

       2.      Paragraph 37: Defendant objects to inclusion of this conviction in his criminal history, because he did not have counsel for his guilty plea and there was no constitutionally sufficient waiver of counsel.

       3.      Paragraph 43: Defendant objects to inclusion of this conviction in his criminal history,

because he did not have counsel for his guilty plea and there was no constitutionally sufficient waiver of counsel.

4.  Paragraph 45: Defendant objects to inclusion of this conviction in his criminal history, because he did not have counsel for his guilty plea and there was no constitutionally sufficient waiver of counsel.

5.  Paragraph 53: Defendant objects to inclusion of this conviction in his criminal history, because he did not have counsel for his guilty plea and there was no constitutionally sufficient waiver of counsel.

6.  Paragraph 57: Defendant objects to a category VI criminal history, and believes it to be a V.

7.  Paragraph 59: Defendant objects to the factual account relating to the cause of his father's demise.

8.  Paragraph 66: Defendant objects to the factual account of how he was alleged to have violated his community corrections sentence.

9.  Defendant objects to the recommendation of the Probation Department.

Dated: August 29, 2012                                Respectfully submitted,

 s/ Jonathan S. Willett
Jonathan S. Willett, #16264
1331 17th Street, Suite 608
Denver, Colorado 80202-3515
Telephone: (303) 832-5648
Facsimile:  (303) 832-7813

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of August, 2012, a true and correct copy of the foregoing NOTICE was served by ECF system electronically, addressed to:

Guy Till, Assistant United States Attorney
Guy.Till@usdoj.gov

                s/ Jonathan S. Willett