# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

District Court No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

15. JAMES R. SWITZER,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
_____

      DEFENDANT, by and through his court-appointed counsel, Jonathan S. Willett, hereby moves this Court to continue the sentencing hearing in the case. As grounds:

      1.    Having reviewed the re-sentence report, Defendant believes that he needs to supply the Court with transcripts of proceedings relating to certain convictions so that the Court can resolve factual issues relating to the constitutionality of Defendant's waiver of counsel. Defendant had obtained all his criminal records and supplied them to the Probation Department for inclusion in the report. In some cases, Defendant had requested transcripts already, but those transcript requests have not been fulfilled.

      2.    Defendant has communicated the basis of this requested continuance to Guy Till, AUSA, who indicated no objection on the Government's behalf.

      3.    Defendant requests a 45-day extension subject to the calendar of the Court.

1

Dated: August 29, 2012                                    Respectfully submitted,

                                             s/ Jonathan S. Willett
                                             Jonathan S. Willett, Colo. State Bar #16264
                                             1331 17th Street, Suite 608
                                             Denver, Colorado 80202-3515
                                             Telephone: (303) 832-5648
                                             Facsimile:  (303) 832-7813

## CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of August, 2012, a true and correct copy of the foregoing NOTICE was served by ECF system electronically, addressed to:

Guy Till, Assistant United States Attorney
Guy.Till@usdoj.gov

                                             s/ Jonathan S. Willett