**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

District Court No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

15. JAMES R. SWITZER,

        Defendant.

SUPPLEMENTAL OBJECTIONS TO PRESENTENCE REPORT

        DEFENDANT, by and through his court-appointed counsel, Jonathan S. Willett, hereby submits his supplements his objections to the pre-sentence report in this case as follows:

        1.     Paragraph 21: Supplementing his previous objection to the offense level and the rendition of the prior conviction of conspiracy to elude (F-5).  In support of the objection, Defendant supplies the Court with the affidavit for the arrest of Mr. Switzer containing the facts of the case and the state judgment of conviction showing the offense of conspiracy to elude w/ injury.  "CSP" (conspiracy) is circled on the judgment.  The affidavit is offered to show that there was in fact no injury.

        2.     Paragraph 46: Defendant objects to the account of the facts of this case based upon an interview of Jennifer Cox.  Ms. Cox stated that upon hearing that the Defendant was coming by her house to see her son, her brother first confronted the Defendant outside with a knife before the Defendant punched the brother in the face.

        3.     Paragraph 49: Defendant objects to inclusion of this conviction in his criminal history,

and has no recollection of this offense.  Counsel for Defendant will confirm or deny this assertion in advance of the sentencing hearing.

4.      Paragraph 59: Defendant withdraws his objection to the factual account relating to the cause of his father's demise.

Dated: October 1, 2012                              Respectfully submitted,

                                                     s/ Jonathan S. Willett
                                                    Jonathan S. Willett, #16264
                                                    1331 17th Street, Suite 608
                                                    Denver, Colorado 80202-3515
                                                    Telephone: (303) 832-5648
                                                    Facsimile:  (303) 832-7813

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st th day of October, 2012, a true and correct copy of the foregoing NOTICE was served by ECF system electronically, addressed to:

Guy Till, Assistant United States Attorney
Guy.Till@usdoj.gov
                                       s/ Jonathan S. Willett