DISTRICT/COUNTY COURT, BROOMFIELD COUNTY, COLORADO
Case No./ 05-8039

## AFFIDAVIT AND APPLICATION FOR ARREST WARRANT

THE PEOPLE OF THE STATE OF COLORADO

v.

James Ryan Switzer (DOB 030583)

---

The Affiant, Police Officer Eric Jochum, being duly sworn, deposes and says that I have reason to believe that on the premises known as 2885 W. 128th Ave. #306 Broomfield, CO 80020, there is now located a certain male person to wit:

James Switzer, DOB 030583:, described as white male, 5'10", 185#, brown hair, blue eyes, whom I have reason to believe committed the crime(s) of Vehicular eluding, Reckless driving, 3rd Degree Criminal Trespass, and Driving While Under Suspension, as those offenses are, defined by C.R.S. 18-9-116.5, 42-4-1401, 18-4-504, 42-2-138(1)(a).

I state under oath that I have read the criminal complaint herein filed against the above named defendant; that the allegations are true to the best of my knowledge, information and belief; and I believe that the defendant committed the offenses in the complaint. That the facts known to me which establish probable cause to believe that the criminal offense(s) were committed, and were committed by the above named defendant, are the following:

On Sunday, November 27, 2005, at 1:12 a.m., I was dispatched to In-Kahoots Bar and Grille, 12708 Lowell Blvd., in the City and County of Broomfield, in reference to a trespass at the aforementioned establishment. A patron, who was later identified as James Switzer (DOB 030583), was told by the management two months earlier not to return to the establishment. James entered the bar and was told to leave.

I arrived and saw a silver Cheverolet Cavalier idling in front of the bar. An unknown female pointed urgently at the car. I drove behind the vehicle in a marked patrol car and activated my overhead lights. After my lights were activated, the driver of the vehicle drove off. I followed the vehicle with my overheadlights still on and attempted to make a traffic stop. Sergeant Lafluer was driving northbound in a marked patrol unit with his overhead lights on Lowell Blvd. The Cavalier attempted to turn north onto Lowell Blvd, at which time Sergeant Lafluer shined his spotlight on the driver of the vehicle.

The vehicle stopped momentarily and the driver put up his hands in front of his face to shield his eyes from the spotlight. I approached the vehicle on foot and immediately recognized the driver as James Switzer (DOB 030583). I have arrested James Switzer on three seperate occasions and had knowledge that he had several active arrest warrants. There were two unidentified blonde females in the vehicle, one in the back seat and one in the front passenger seat.

I opened the driver's side door and went to grab James to remove him from the vehicle. Upon opening the door, James turned and looked at me and immediately drove off. James was driving at a high rate of speed northbound on Lowell Blvd and made a right turn onto W. 128th Ave without stopping for the red light. James continued eastbound on W. 128th Ave at an estimted speed of 70-80 M.P.H. It was later confirmed that James was driving on a suspended Colorado drivers license for excessive points.

DISTRICT/COUNTY COURT, BROOMFIELD COUNTY, COLORADO
Case No./ 05-8039

Based on the foregoing facts and circumstances, I feel that there is probable cause to believe that the offense(s) of Vehicular eluding, reckless driving, 3rd degree criminal trespass, and driving while under suspension, as those offense(s) are defined by C.R.S. section(s) 18-9-116.5, 42-4-1401, 18-4-504, and 42-2-138(1) (a) was/were committed and that James Switzer DOB 030583, did commit that/those offense(s).

Request is hereby made that a warrant be issued for the arrest of the above named defendant.

_____
AFFIANT

SUBSCRIBED and SWORN to before me this 30th day of November, 2005.

Marietta Barton
Notary Public

02-19-06
Expiration Date

The court having reviewed the affidavit and affidavit for arrest warrant, finds probable cause for the arrest of the above named defendant.

_____ 1/9/06
JUDGE

10/11/2007 THU 8:28 FAX 720327  36 --- TTC                                    ☒003/

SEP-21-2007 10:52    FROM-ADAMS COUNTY SHERIFFS                  T-273  P 001/001  F-487

District Court, Broomfield County, State of Colorado
Case#: D0802006CR000004   Div/Room: A
JUDGMENT OF CONVICTION, SENTENCE   Original
                The People of Colorado vs SWITZER, JAMES RYAN
                                          DOB  3/05/1983   SID
        AKA: SWITZER, JAMES
        AKA: SWITZER, JAMES RYAN
        AKA: SWITZER, JAMES RYAN                         MAY 17 2007
        AKA: SWITZER, JAMES RYAN
        AKA: SWITZER, JAMES RYAN

The Defendant was sentenced on: 5/17/2007 Sentenced Modified on: 5/17/2007
People represented by...: COLGAN, JAMES
Defendant represented by: LEE, JULIA
UPON DEFENDANT'S CONVICTION this date of: 3/02/2006
The defendant pled guilty to:
Count #     4 Charge: Vehicular Eluding-w/injury (CSP)
                     ADDED 03-02-06
C.R.S # 18-9-116.5                         Class: F5
Date of offense(s): 11/27/2005 to 11/27/2005   Date of plea(s):   3/02/2006

DEFENDANT WAS ORIGINALLY SENTENCED ON 0/00/0000 to
which is now revoked and on: 5/17/2007 after Admission of Violation
IT IS THE JUDGMENT/SENTENCE OF THIS COURT that the defendant be resentenced to
Probation                           4.00 YEARS   REVOKED      COUNT    4
Direct SNT To Comm Correctio        18.00 MONTHS              COUNT    4
PROBATION TO RUN CONCURRENT AND SUPERVIED WITH ADAMS COUNTY CASE.
CT ORDERS ON ILLEGAL DRUGS OR ALCOHOL.
RANDOM UA'S AND ANGER MGMT.                                            /DLR
***5-17-07 PROBATION REVOKED AND TERMINATED UNSUCCESSFUL. SENTENCED TO COMM
CORR FOR A TERM OF 18 MONTHS CONCURRENT TO ADAMS CTY CASE 04CR1775.***  /JLK

           Assessed              Balance
     $     397.50        $       397.50

THEREFORE, IT IS ORDERED the Sheriff of BROOMFIELD COUNTY   shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
COMMUNITY CORRECTIONS

                          ADDITIONAL REQUIREMENTS
The restraining order pursuant to C.R.S. 18-1-1001 shall remain in effect
until final disposition of the action, or in the case of an appeal, until
disposition of the appeal.

JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:

DATE 5/17/07  NPT                  JUDGE/MAGISTRATE
                                   Chris Melonakis

                      CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED            COMBINED COURT
DATE                                                       Broomfield County, Colorado
                                    SHERIFF
                                    BY DEPUTY           Certified to be a full, true and
                                                        copy of the original in my
                                       SEAL             custody
                                                                      Seal
                                                        By
                                                                  Deputy Clerk