# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES R. SWITZER,

      Defendant.

**SENTENCING STATEMENT (LETTERS ON BEHALF OF THE DEFENDANT)**
_____

      Comes now the Defendant, through counsel, hereby submits the following letters on his behalf for the Court's consideration at sentencing:

1. Letter from Leslie Haun, Defendant's mother, describing Defendant's family, work, and character.
2. Letter from Jackie Switzer, Defendant's grandmother.
3. Letter from Navajo Express, Defendant's employer.
4. Letter from Jennifer Cox.
5. Letter from Jeamyia, Defendant's son.
6. Letter from Joanna Godninez, Defendant's wife.
7. Letter from Arlene Godinez, Defendant's wife's sister.
8. Letter from Maria Elena Godinez, Defendant's mother in law.
9. Letter from Jose Jesus Godinez, Defendant's father in law.
10. Letter from Correctional Management, Inc., describing Mr. Switzer's post-offense rehabilitation.

DATED:  October 18, 2012 Respectfully submitted,

s/ Jonathan S. Willett
Jonathan S. Willett, #16264
Atto1331 17th Street, Suite 608
Denver, Colorado 80202
Telephone: (303) 832-5648
Facsimile: (303) 832-7813

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2011, the foregoing Sentencing Statement was sent electronically via the CM/ECF system addressed to:

Guy.Till@usdoj.gov
Assistant U.S. Attorney


s/Jonathan S. Willett

2