March 8 2012

To Whom It May Concern:

I am Leslie Haun, mother of James Switzer. James has 3 boys ages 12,4,3 and one on the way in October. He is an awesome father who fulfills his obligations as a father. He lives with his girlfriend and their 4 year old Kingston and his 3 year old Nicholas. James pays child support for his 12 year old Jeramyia and has him every other weekend and on some holidays. Jeramyia will be a teenager this year and is crucial that he has his father at this age.

Since 2009, James has turned his life around completely and I am very proud of him. He started working at Brickman Landscape Company in the spring of 2010 and then was laid off in October of 2010 due to winter. James started at Navajo Express on 10/21/10 to recent date upon him being arrested on January 23, 2012 at his place of employment. At Navajo Express he was there everyday he was scheduled. He worked 5 days a week. He received a promotion soon after he started to nightshift lead supervisor and worked 12 days straight and 2 days off.

James is the sole provider for his kids and girlfriend and the one on the way. James has his own apartment, a great job, goes to church and is a law abiding citizen. He is on parole and completed everything successfully that parole requires including clean U.A'S.

Please give my son and another chance to keep him positive and to live his life how God see's fit, he loves and needs his family and is such a positive role model for his kids. I know James loves his kids more then anything.

Thank you for your time to read this letter.

*Leslie Haun* (signature)

March 8, 2012

To Whom It May Concern:

I am writing on behalf of my grandson James Switzer presently an inmate at Jefferson County Detention Center, regarding the present charges against him. I'd like to give some information that would hopefully be in his favor.

First: I have known James all his life and have never known of him to own or be involved with guns this makes me wonder about the truth of the charge against him.

Second: He has never had an unclean result from the U.A'S that he has been required to take.

Third: Since his release from the half way house in Boulder he has worked regularly and taken care of his family. He shows great love for his children and takes care of them when his partner needs to go to work. The family has been very proud of James lifestyle and behavior these past few years.

Forth: James has shown that he is a good worker. He works fast and steadily until a task is finished. I have observed this on occasions when he has done yard work for me and built a walkway for the front yard.

I sincerely hope there will be a positive outcome for James.

*[signature: Madlene Switzer]*

**NAVAJO**

1400 West 64TH AVENUE - DENVER, CO 80221-2440
303/287-3800          800/525-1969          FAX 303/487-5025

02/29/2012

To Whom It May Concern:

James Switzer started working for Navajo on 10/21/2010. He started in the washbay and then moved up to the nightshift lead supervisor. He was an exemplary employee with outstanding leadership. He was here everyday on time, and went above and beyond what was asked of him on a daily basis.

He is greatly missed here at Navajo and would welcome him back.

Feel free to contact me at 303 994-8964 with any questions.

Thank you in advance,

Gene Novak
Navajo Express
Shop Supervisor



NAVAJO EXPRESS, INC.

To Whom It May Concern,

I'm writing this letter regarding my sons father James Switzer. I had a child with James in 1999, James and I where only 16 at the time, but choose to take on that responsibility ourselves with the help of our family members. James and I were able to stay together and raise our son until 2003. During that time frame James and I had many issues with getting along; James had many encounters with the law and for the most part was not around to help raise his son. When James and I broke up back in 2003, we continued to have major issues with getting along regarding our son. James was always in and out of Jail, when he wasn't in jail he still for the most part was not around for his son. I can tell you that in 2008-2009 James saw our son maybe 2 or 3 times that year. I can tell you that for the most part of my son's life, it has been hell dealing with James; he has brought me a whole lot of stress over the years, issues and stress that I still deal with till this day.

I'm not writing this letter to tell how horrible of a father James was, how he has made my life a living hell for many years, or all the trouble James had mad for himself over the years. I'm writing this letter because something finally clicked in James's head, I think he finally understood that he needed to get his life together and take responsibility of his sons and his own life. For the past two years James has really made an effort to stay out of trouble, and be a part of his son's life. For the past year James has made the effort to pick up his son every other weekend and take him for the whole weekend. James has also managed to keep a job, there for paying his child support every other week. Also in the past year James has made a huge effort to get along with me. I never would of though there would be a day that James and I would be able to have a complete conversation without wanting to kill each other. It has been really nice this past year for my son to finally build that relationship with his father and for James and me to get along so well.

This past year James has really made such a big change that it has opened my eyes to the fact that people can change and get their lives together. To whom this may concern, I really can say that James has gotten his life together and has tried really hard this past year to get away from his past and stay out of trouble. Having James a part of his sons life and having a civil relationship with me has defiantly made my life a whole lot less stressful and I know my son has enjoyed having his father around and having him a part of his life.

Again I really can't express the fact that James has made such a huge effort to better his life and work on his relationships. Coming from a person that has gone through hell at times because of James, I hope that me stating that he has really changed makes a difference because 2 years ago there is no way I would be able to write this letter regarding James. I really do hope I have made a difference in this situation. I can tell you that my son really needs his Dad around right now; I know this past year James really has made up a lot of lost time with our son. My son really does miss his dad and the weekends he got to spend with him and I really hope that James gets to continue being a part of my son's life and mine as well.

If you have any questions or concerns for me or my son please feel free to contact me at any time.

Sincerely,

Jennifer A. Cox

*Jennifer Cox*

Jennifer Cox-970-380-1986

Jeramyia Switzer-970-380-3342

Address:

13586 clay pl

Broomfield, Co 80020

To whom it concerns:

I am writing this letter on behalf of my Dad. I wanted to let you know it meant a lot to let you know how much my dad means to me and how much he does for me over the years. The past two years I have been able to live with my dad. Every other weekend. On the weekends my dad spends a lot of time with me and my brother doing all kinds of fun stuff like swimming, fishing, hiking and camping and all kinds of fun stuff.

Over the past years my dad has been in and out of trouble but the last two years my dad has stayed out of trouble and has been there for me and my brother. Which my day went back to jail this while I really hit me. I really miss my dad and I really need him in my life right now. I don't want to see any lunger without him.

I know my dad has made mistakes over the years but he finally was going to be nutter with his. I really feel like his life together. I don't want to see my dad go to Jail any more.

again I am writing this letter to let you know that my dad is really doing so much better and I really miss him and need him in my life right now.

Will you please read this letter and understand that I miss my dad and want him to come home.

Thank you for taking the time to read this letter and understand how I feel about my dad.

Thank you,

Jeremyia Switzer

To whom it may concern,

My name is Joanna Godinez. I am James Ryan Switzer's wife. I have known James for 5 years; he is the father of our boys. Kingston J. Switzer and Nicholas R. Switzer. In the past 2 years he has held a full time job, where he worked 12 days straight and on time! He became a supervisor within 6 months of working at NAVAJO EXPRESS. He is a hardworking man that gives 100% at his job.

Most important of all. He's a wonderful father to his children and takes care of all his responsibilities. He has been the sole provider for our children and me. I know he has made wrong choices in the past years, but he has worked to provide and be there for his family. His family is the only thing that keeps him thriving. Free of trouble! I know in my heart that James R. Switzer is a great man, which has devoted to his family. I need James, not so much for me but for our boys! They need their father! They need that stable man they've had for the past years. The man they always look up to as the best DAD in the world! James is the rock of our family; he is the one that keeps our family strong and safe with his love and support. I couldn't ask for a better man to help me get through life!

I know in my heart James Ryan Switzer has changed into a man his boys will want to become!

Sincerely,

Joanna Godinez

To whom it may concern

My name is Arlene Godinez, I am writing on behalf of James Ryan Switzer. I've known James for about 5 years. He is my sister's husband & my nephew's father. He has always devoted his life to his family. James needs his family just as much as they need him especially his boys! He has had some tough times before but he has changed because of his family! Please understand where my family is coming from, my sister & my nephews need this man in their lives!! I hope my letter is enough to help him out. Thank you for taking time in reading my letter.

Sincerely,

Arlene Godinez

To whom it may concern

    I Maria Elena Godinez am writing in regards to James Ryan Switzer. I have known him since 2007; he is the father of my 2 grandchildren Kingston James Switzer and Nicholas Royce Switzer. He is a devoted father to both of my grandchildren. He has shown a great change in his life. In the last two years of his life he has held a full time job which he went to everyday on time. He is also the sole provider for his family, and is a wonderful father to his children always supporting them financially but most important emotionally.

James Ryan Switzer has shown great remorse and although he has had a rough life in the past I know he is a changed man and a better man for his family. He is always interacting with his children when he comes home from work and on his days off. He is a great man who takes care of all of his responsibilities which are taking care of his children in the morning and taking them to their nanny Monday–Friday. He also takes care of all the financial expenses which include rent, phone bill, electricity, and heat.

I know in my heart that James Ryan Switzer is a great father and man to his family and he will always remain that in my eyes. He has shown me an amazing change from a young man to a man with full responsibilities and devotion to his family and to a life free of trouble.

Sincerely,

Maria Elena Godinez

To whom it may concern

I Jose Jesus Godinez am writing this letter in regards to James Ryan Switzer. I have known him since 2007; he is the father of my grandchildren, Kingston James Switzer and Nicholas Royce Switzer. He is very devoted to his children and his responsibilities. In the last two years he has held his full time job which he went to 12 days straight everyday on time. He is a great man but most importantly a great father to his children which I've seen throughout the years.

James Ryan Switzer is a great man that takes care of all his responsibilities, although he has had a rough life in his past I know he has matured from it and has learned great abilities to succeed in life. His main goal in life is to show his children the same responsibilities he has learned. He supports his children financially but the most important emotionally which I know in my heart he wouldn't change that for anything in the world. He has been the sole provider for his family taking care of all the financial responsibilities, which he has done consistently for the past two years.

I know in my heart that James Ryan Switzer is great man and a wonderful father to his family; he has shown and provided great responsibilities and devotion to his family and to a life free of trouble which he has worked hard for.

Sincerely

Jose Jesus Godinez



**CORRECTIONAL MANAGEMENT, INCORPORATED**   http://www.c-m-i.com

Switzer, James   CMI#21863
Status: Department of Corrections
Offense: 148289   Criminal Mischief $500-$15,000
Adams County – 4 years
Arrival Date: 04/14/10
Discharge Date: 11/23/10
Released to: Parole

On November 25, 2009, Mr. Switzer was sentenced in Adams County to serve a four year Department of Corrections sentence for 04CR1775 – Criminal Mischief - $500-$15,000 (F4). On April 14, 2010, Mr. Switzer entered Boulder Community Transition Center (BCTC) and read and signed the Correctional Management, Inc., Prohibited Acts contract acknowledging that he understood the contents.

Employment:
Mr. Switzer was unemployed upon entering BCTC. On 04/30/10, he gained full time employment with the Brickman Group, located at 645 Compton St., Broomfield, Co, (303)938-8260, as a landscaper. Mr. Switzer worked at The Brickman Group until 09/24/10, when his services were no longer needed due to a lack of funds. Mr. Switzer was placed back on job search status. On 10/05/10, he gained part time employment at Reliable Printing, located at 5777 Central Ave #102, Boulder, Co., (303)447-0448, as a telemarketer. While employed at Reliable Printing, Mr. Switzer continued to job search in attempts to find better employment. On 10/18/10, he left his employment with Reliable Printing when he found full time employment with Navajo Express, located at 1225 W. 64th Ave, Denver, Co., (303)287-3800, working in the wash bay cleaning and loading trucks. Mr. Switzer remained employed with Navajo Express through the remainder of his time with BCTC.

Treatment:
On 04/16/10, Mr. Switzer was administered the LSI. On 04/22/10, he was presented to Treatment Team. On 04/22/10, he composed his Program Plan with his case manager, signing and agreeing to comply. It was determined that his level of treatment would be Level 3. His first program goal was Alcohol/Drugs as he reported being under the influence at the time of his offense. His second program goal was Leisure/Recreation as he reported no recent treatment or pro social activities. His third program goal was Companions as he reported negative relationship, friendships, and use among his support group. On 06/02/10, Mr. Switzer was referred to Center for Change for weekly Substance Abuse Groups. He completed his intake on 07/22/10. He attended a total of 10 groups. On 07/23/10, he was referred to an Anger Management Evaluation with Counseling Services of Longmont. It was determined by the therapist that anger management courses were not needed for Mr. Switzer. He participated in community support at the North Boulder Recreation Center, and completed three hours and forty five minutes of community service at Hopes Store House and six hours at a fundraiser carwash for the Carriage House. Mr. Switzer provided random urine screens, breathalyzers, and pat searches, all of which were negative. He completed the following quick skill modules during his time at BCTC: Social Skills, Financial Management, Anger Control, Aggression Replacement, and Thinking Traps.

Financial:
Mr. Switzer was discharged from BCTC with a zero balance in facility subsistence. He accounted for $0.00 in restitution payments as it was paid in full upon his intake, and $470.00 towards treatment. Upon discharge Mr. Switzer had accounted for $1,808.96 in Savings.

Facility:
Mr. Switzer did not display a management problem during his time at BCTC. Mr. Switzer received the following major violations during his time at BCTC:

On 05/03/10, he received a Class II Rule 43 Failure to Attend Scheduled Meeting when he failed to attend his weekly case manager meeting. On 05/17/10, he received a Class II Rule 34 Violation of Financial Contract when he failed to attach his paystub and all receipts to his budget sheet, and exceeded his personal spending limits. On 07/05/10, he received a Class II Rule 43 Failure to Attend a Scheduled Meeting when he failed to attend his weekly caseload meeting. On 08/18/10, he received a Class II Rule 43 Failure to Attend a Scheduled Meeting when he failed to attend his weekly substance abuse group. On 09/18/10, he received a Class II Rule 41 Being in an Unauthorized Area when he was witnessed talking on his cell phone outside of Line Staffs vision. On 09/19/10, he received a Class II Rule 34 Violation of

Financial Contract when he failed to provide documentation accounting for his savings deposit. On 09/29/10, he received a Class II Rule 43 Failure to Attend a Scheduled Meeting when he failed to attend his weekly caseload meeting. On 110/01/10, he received a Class II Rule 34 Violation of Financial Contract when he failed to pay his facility subsistence. On 11/01/10, he received a Class II Rule 25 Violation of Directive when he failed to complete his required eight hours of community service. He received no other major violations.

Mr. Switzer received the following Red Flags while at BCTC.
On 09/03/10, 09/07/10, and 09/08/10 he failed to complete his daily chore. On 09/22/10, he failed to sign off on cleaning his linens. On 09/28/10, his job search form was unable to be verified.

Mr. Switzer received the following Pro Socials while at BCTC:
On 07/01/10, he had no major incident reports for the week. On 09/10/10, he helped stock supplies for Line Staff. On 10/12/10, he helped a fellow client.

Additional Information/Recommendations:
Mr. Switzer remained sober during his stay at BCTC and active in treatment. It is recommended that he continue substance abuse therapy, as he has not taken many substance abuse classes upon his discharge. It is also recommended that he partake in family counseling due to the strain he reported his incarceration and sentence have put on his family. Mr. Switzer It is also recommended that he partakes in random substance abuse monitoring.

KZ