IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-15

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

15.  **JAMES R. SWITZER,**

    **Defendant.**

---

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE AND MOTION FOR NON-GUIDELINE SENTENCE [#697]**

---

THE UNITED STATES OF AMERICA, through United States Attorney John F. Walsh, by the undersigned Assistant U.S. Attorney (hereinafter referred to as the Government), respectfully file this Response opposing the Defendant's Motion for Downward Departure and Motion for Non-Guideline Sentence [#697].

The Government respectfully objects to the imposition of a variant or non-guideline sentence in this case.  The Government respectfully requests the Court to approve the Presentence Investigative Report and Addendum in this case and impose a sentence including a period of imprisonment in accordance with the range provided by application of the Sentencing Guidelines.

In the present case, as to defendant James R. Switzer,  the Government respectfully asserts that the methodical and thorough application of the factors and considerations represented in the Sentencing Guidelines, as reflected in the

1

Presentence Investigative Report, generates a sentencing range which properly serves and furthers the purposes and goals of sentencing enumerated in Title 18 U.S.C. Section 3553(a).

Respectfully submitted this 19th day of October 2012.

JOHN F. WALSH
United States Attorney


By: *s/Guy Till*
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO. 80202
Telephone:  (303) 454-0207
Fax:  (303) 454-0401
Email:  Guy.Till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of October, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE AND MOTION FOR NON-GUIDELINE SENTENCE [#697** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: s/ Lisa Vargas
      LISA VARGAS
      Legal Assistant
      1225 Seventeenth Street, Suite 700
      Denver, Colorado 80202
      Telephone:  (303) 454-0100
      Facsimile:  (303) 454-0406
      E-mail:  Lisa.Vargas@usdoj.gov