]              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE DISTRICT OF COLORADO**
               **HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date:   October 22, 2012
Court Reporter:     Mary George
Probation Officer:  Gary Burney

Criminal Action No. 12-cr-00010-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Guy Till

    Plaintiff,

v.

JAMES R. SWITZER,                       Jonathan Willett

    Defendant.

---

**SENTENCING MINUTES**
_____

**9:12 a.m.**      **Court in session**.

Defendant present in custody.

**9:15 a.m.**      **Court in recess**
**9:22 a.m.**      **Court in session**

**Change of Plea Hearing on May 24, 2012.  Defendant pled guilty to Count 28 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

**ORDER:**   This hearing will be continued for the reasons stated on the record.  Counsel will report to chambers at the close of this hearing to obtain a new sentencing date.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:28 a.m.**      **Court in recess.**

Total Time:   9 minutes.
Hearing continued.