IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.  JAMES R. SWITZER,

    Defendant.

_____

**GOVERNMENT'S RULE 48 MOTION TO DISMISS REMAINING CHARGES AS TO DEFENDANT JAMES R. SWITZER ONLY**
_____

The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney, hereby respectfully enters the Government's Motion to Dismiss the First Superseding Indictment (DOC 180), and Count Thirty-Two of the January 9, 2012, Indictment (DOC 1), in the above captioned and styled case, as to defendant James R. Switzer, only, pursuant to Fed. R. Crim. P. 48. Defendant James R. Switzer was not named in the Second Superseding Indictment (DOC 469).

The Government advises the Court that said defendant James R. Switzer entered a guilty plea to Count Twenty-Eight of the Indictment as part of a plea agreement on file in United States District Court for the District of Colorado, Case Number 12-cr-00010-MSK-15 (DOC 445).

Accordingly, the Government respectfully enters this Motion to Dismiss the remaining charges in this case as to defendant James R. Switzer after sentence has been imposed upon the defendant on said Count Twenty-Eight.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: *s/Guy Till*
GUY TILL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO. 80202
Telephone: (303) 454-0207
Fax: (303) 454-0401
Email: Guy.Till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of October, 2012, I electronically filed the foregoing **GOVERNMENT'S RULE 48 MOTION TO DISMISS REMAINING CHARGES AS TO DEFENDANT JAMES R. SWITZER ONLY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: *s/ Lisa Vargas*
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0409
Email: Lisa.Vargas@usdoj.gov