**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 12-cr-00010-MSK-15**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**15.  JAMES R. SWITZER,**

    **Defendant.**

_____

**ORDER DISMISSING REMAINING CHARGES**
**AS TO DEFENDANT JAMES R. SWITZER ONLY**
_____

THE COURT has considered the Government's Fed. R. Crim. P. 48  Motion to Dismiss the First Superseding Indictment (DOC 180), and Count Thirty-Two of the January 9, 2012, Indictment (DOC 1), in the above captioned case, as to defendant James R. Switzer, only.  The Government states defendant James R. Switzer was not named in the Second Superseding Indictment (DOC 469).

Defendant James R. Switzer entered a guilty plea to Count Twenty-Eight of the Indictment as part of a plea agreement on file in United States District Court for the District of Colorado, Case Number 12-cr-00010-MSK-15 (DOC 445).

Judgment of Conviction has entered as to Count Twenty-Eight.  Accordingly, the Court finds and concludes the Government's Motion to Dismiss the remaining charges in this case as to defendant James R. Switzer has merit.

The First Superseding Indictment (DOC 180), and Count Thirty-Two of the January 9, 2012, Indictment (DOC 1), in the above captioned case, as to defendant James R. Switzer, only, are hereby dismissed.

1

IT IS SO ORDERED.   Signed and entered this _____ day of October, 2012.


BY THE COURT:


_____
MARCIA S. KRIEGER, JUDGE
UNITED STATES DISTRICT COURT