# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

District Court No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMES SWITZER

       Defendant.

_____

**NOTICE OF APPEAL**
_____

       Defendant, James Switzer hereby provides notice of his appeal to the United States Court of Appeals for the Tenth Circuit from the Judgment entered in this action on the 30th day of October 2012.

       RESPECTFULLY SUBMITTED,

       Dated: November 1, 2012

       s/ Jonathan S. Willett
       Attorney for Defendant
       1331 17th St, Suite 608
       Denver, Colorado 80202
       Telephone: (303) 832-5648
       Facsimile:  (303) 832-7813

CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of November, 2012, a true and correct copy of the foregoing NOTICE OF APPEAL was served electronically by the ECF System addressed to:

Guy Till
U.S. Attorney's Office - Denver
1225 17th Street East #700
Denver, CO  80202
Guy.till@usdoj.gov

                                            s/Susan A. Schmidt