APPEAL

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:12-cr-00010-MSK-15

Case title: USA v. Askew et al

Date Filed: 01/09/2012
Date Terminated: 11/01/2012

Assigned to: Judge Marcia S. Krieger

Appeals court case number: 12-1437
USCA

## Defendant (15)

**James R. Switzer**
*TERMINATED: 11/01/2012*

represented by **Jonathan S. Willett**
Jonathan S. Willett, The Law Offices of
1331 17th Street
#608
Denver, CO 80202
303-832-5648
Fax: 303-832-7813
Email: jwillett@willettlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

UNLAWFUL TRANSPORT OF
FIREARMS, ETC.
(28)

## Disposition

Defendant plead guilty to count 28 of the
Indictment. Defendant to be imprisoned
for 40 months. Supervised Release: 3
years. Assessment: $100.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

UNLAWFUL TRANSPORT OF
FIREARMS, ETC.
(28s)

CONTROLLED SUBSTANCE -

## Disposition

Dismissed.

| | |
|---|---|
| MANUFACTURE (32) | Dismissed. |
| CONTROLLED SUBSTANCE - MANUFACTURE (32s) | Dismissed. |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Guy Till** <br> U.S. Attorney's Office-Denver <br> 1225 17th Street East <br> #700 <br> Denver, CO 80202 <br> 303-454-0100 <br> Fax: 303-454-0409 <br> Email: guy.till@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Martha Ann Paluch** <br> U.S. Attorney's Office-Denver <br> 1225 17th Street East <br> #700 <br> Denver, CO 80202 <br> 303-454-0100 <br> Fax: 303-454-0402 <br> Email: Martha.Paluch@usdoj.gov <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2012 | 1 | INDICTMENT as to George H. Askew (1) count(s) 1, 2, 3, 4, 32, Romell E. Bullock (2) count(s) 31, 32, Gregory A. Collins (3) count(s) 31, 32, George A. Gaddy (4) count(s) 31, 32, Delbert J. Gardner (5) count(s) 5, 32, Richard W. Johnson (6) count(s) 32, Sheps H. Khamsahu (7) count(s) 31, 32, Eric Lugo (8) count(s) 6-7, 32, Lawrence T. Martin (9) count(s) 31, 32, Johnie A. Myers (10) count(s) 31, 32, Darrell R. Parker (11) count(s) 8, 32, Calvin R. Riley (12) count(s) 9, 10, 31, 32, Corey L. Riley (13) count(s) 11, 12-24, 25, 26, 27, 31, 32, Thomas A. Schrah, Jr (14) count(s) 31, 32, |

| | | |
|---|---|---|
| | | James R. Switzer (15) count(s) 28, 32, Clifford M. Wright (16) count(s) 29-30, 32. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet, # 3 Criminal Information Sheet, # 4 Criminal Information Sheet, # 5 Criminal Information Sheet, # 6 Criminal Information Sheet, # 7 Criminal Information Sheet, # 8 Criminal Information Sheet, # 9 Criminal Information Sheet, # 10 Criminal Information Sheet, # 11 Criminal Information Sheet, # 12 Criminal Information Sheet, # 13 Criminal Information Sheet, # 14 Criminal Information Sheet, # 15 Criminal Information Sheet, # 16 Criminal Information Sheet) (mjgsl, ) (Attachment 11 replaced on 1/10/2012) (kltsl, ). (Entered: 01/10/2012) |
| 01/09/2012 | 16 | Arrest Warrant Issued in case as to James R. Switzer. (mjgsl, ) (Entered: 01/10/2012) |
| 01/09/2012 | 18 | MOTION for Leave to Restrict Case by USA as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (mjgsl, ) (Entered: 01/10/2012) |
| 01/09/2012 | 19 | ORDER granting 18 MOTION for Leave to Restrict Case as to George H. Askew (1), Romell E. Bullock (2), Gregory A. Collins (3), George A. Gaddy (4), Delbert J. Gardner (5), Richard W. Johnson (6), Sheps H. Khamsahu (7), Eric Lugo (8), Lawrence T. Martin (9), Johnie A. Myers (10), Darrell R. Parker (11), Calvin R. Riley (12), Corey L. Riley (13), Thomas A. Schrah Jr. (14), James R. Switzer (15), Clifford M. Wright (16), by Magistrate Judge Craig B. Shaffer on 1/9/12. (mjgsl, ) (Entered: 01/10/2012) |
| 01/23/2012 | 29 | MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: Initial Appearance as to George H. Askew, Romell E. Bullock, Gregory A. Collins, Richard W. Johnson, Eric Lugo, Calvin R. Riley, James R. Switzer and Clifford M. Wright held on 1/23/2012. AUSA Guy Till; Defendants present in custody without counsel; Pretrial Matt Farwell. Defendants advised. Federal Public Defender appointed for George H. Askew. CJA appointed for Romell E. Bullock. CJA appointed for Gregory A. Collins. CJA appointed for Richard W. Johnson. CJA appointed for Eric Lugo. CJA appointed for Calvin R. Riley. CJA appointed for James R. Switzer. CJA appointed for Clifford M. Wright. Arraignment, Discovery and Detention Hearing set for 1/26/2012 10:00 AM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Defendants remanded. Total time: 36 minutes. Hearing time: 2:44-3:20. Text Only Entry. (FTR: Robin Mason) (cbscd, ) (Entered: 01/24/2012) |
| 01/23/2012 | 39 | CJA 23 Financial Affidavit by James R. Switzer. (cbscd, ) (Entered: 01/24/2012) |
| 01/24/2012 | 41 | MOTION for Protective Order *(Government's Motion for Protective Order for Jencks Act, Rule 26.2 and Rule 16 Material)* by USA as to George H. Askew, Romell E. Bullock, Gregory A. Collins, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Johnie A. Myers, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 01/24/2012) |
| 01/24/2012 | 51 | CJA 20/30 Appointment of Jonathan S. Willett for James R. Switzer by Magistrate Judge Craig B. Shaffer on 01/24/2012. (pponi, ) (Entered: 01/24/2012) |

| | | |
|---|---|---|
| 01/25/2012 | 58 | NOTICE OF ATTORNEY APPEARANCE: Jonathan S. Willett appearing for James R. Switzer (Willett, Jonathan) (Entered: 01/25/2012) |
| 01/26/2012 | 70 | MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: Arraignment, Discovery and Detention hearing as to James R. Switzer held on 1/26/2012. AUSA Guy Till; Defendant present in custody with Jonathan Willett; Pretrial Christine Zorn. Plea NOT GUILTY entered by James R. Switzer as to all counts. Discovery memorandum executed. Government offers proffer to court. Defense counsel and Government present argument to court regarding detention. ORDERED: Defendant detained. Counsel to contact chambers. Defendant remanded. Total time: 57 minutes. Hearing time: 12:01-12:58. Text Only Entry. (FTR: Robin Mason) (cbscd, ) (Entered: 01/26/2012) |
| 01/26/2012 | 76 | SETTING AND TRIAL PREPARATION ORDER as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright: Pretrial motions, other than motions to suppress, shall be filed on or before 2/16/2012. Responses and motions to suppress shall be filed on or before 3/8/2012. A Final Pretrial Conference/Motion Hearing is set for 3/16/2012 at 04:00 PM in Courtroom A 901 before Judge Marcia S. Krieger. If no motions are timely filed, this hearing will be a final pretrial conference. If motions are timely filed, this will be a non-evidentiary motion hearing. A ten-day Jury Trial is set to commence on 3/19/2012 at 01:00 PM in Courtroom A 901 before Judge Marcia S. Krieger. by Judge Marcia S. Krieger on 1/26/12. (msksec, ) (Entered: 01/26/2012) |
| 01/27/2012 | 99 | ORDER OF DETENTION as to James R. Switzer by Magistrate Judge Craig B. Shaffer on 1/27/2012. (skssl, ) (Entered: 01/27/2012) |
| 01/27/2012 | 105 | MEMORANDUM regarding 22 MOTION to Detain Without Bond filed by USA, 20 MOTION to Detain Without Bond filed by USA, 21 MOTION to Detain Without Bond filed by USA, 23 Motion for Writ of Habeaus Corpus, referred to Magistrate Judge Shaffer by Judge Marcia S. Krieger on 01/27/12. Text Only Entry (nmmsl, ) (Entered: 01/27/2012) |
| 01/27/2012 | 122 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 days as to James R. Switzer by Magistrate Judge Craig B. Shaffer on 1/27/2012. (cbscd, ) (Entered: 01/30/2012) |
| 01/30/2012 | 111 | ORDER ON PROCEDURES as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright by Judge Marcia S. Krieger on 1/30/12. (msksec, ) (Entered: 01/30/2012) |
| 02/02/2012 | 166 | MOTION for Reconsideration *of Order for Detention* by James R. Switzer. (Attachments: # 1 Parole Officer Letter)(Willett, Jonathan) (Entered: 02/02/2012) |
| 02/03/2012 | 173 | MEMORANDUM regarding 166 MOTION for Reconsideration of Order for Detention filed by James R. Switzer. Motion(s) referred to Magistrate Judge Craig B. |

| | | |
|---|---|---|
| | | Shaffer, by Judge Marcia S. Krieger on 2/3/12. Text Only Entry (mjgsl, ) (Entered: 02/03/2012) |
| 02/03/2012 | 174 | MINUTE ORDER Setting Hearing on Motion as to James R. Switzer re 166 MOTION for Reconsideration of Order for Detention: Motion Hearing set for 2/15/2012 02:00 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer, by Magistrate Judge Craig B. Shaffer on 2/3/12. Text Only Entry (mjgsl, ) (Entered: 02/03/2012) |
| 02/06/2012 | 175 | RESPONSE to Motion by George A. Gaddy as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright re 41 MOTION for Protective Order *(Government's Motion for Protective Order for Jencks Act, Rule 26.2 and Rule 16 Material)* (Edelman, Jeffrey) (Entered: 02/06/2012) |
| 02/06/2012 | 180 | FIRST SUPERSEDING INDICTMENT as to George H. Askew (1) count(s) 1s, 2s, 3s, 4s, 32s, 33s, Romell E. Bullock (2) count(s) 31s, 32s, Gregory A. Collins (3) count(s) 31s, 32s, George A. Gaddy (4) count(s) 31s, 32s, Delbert J. Gardner (5) count(s) 5s, 32s, Richard W. Johnson (6) count(s) 32s, 34s, 35s, 36s, 37s, Sheps H. Khamsahu (7) count(s) 31s, 32s, Eric Lugo (8) count(s) 6s-7s, 32s, Lawrence T. Martin (9) count(s) 31s, 32s, Johnie A. Myers (10) count(s) 31s, 32s, Darrell R. Parker (11) count(s) 8s, 32s, Calvin R. Riley (12) count(s) 9s, 10s, 31s, 32s, 38s, Corey L. Riley (13) count(s) 11s, 12s-24s, 25s, 26s, 27s, 31s, 32s, Thomas A. Schrah, Jr (14) count(s) 31s, 32s, James R. Switzer (15) count(s) 28s, 32s, Clifford M. Wright (16) count(s) 29s-30s, 32s. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit) (mjgsl, ) (Entered: 02/07/2012) |
| 02/08/2012 | 188 | MINUTE ORDER Setting Hearing as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright re 180 First Superseding Indictment: Re-Arraignment set for 2/23/2012 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Text Only Entry (mjgsl, ) (Entered: 02/09/2012) |
| 02/14/2012 | 196 | ORDER granting 41 Motion for Protective Order as to George H. Askew (1), Romell E. Bullock (2), Gregory A. Collins (3), Richard W. Johnson (6), Sheps H. Khamsahu (7), Eric Lugo (8), Johnie A. Myers (10), Calvin R. Riley (12), Corey L. Riley (13), Thomas A. Schrah Jr. (14), James R. Switzer (15), Clifford M. Wright (16). The Court FINDS that there has been no opposition filed to the Motion. It appears, however, that the form of order is subject to negotiation. Thus, it shall be submitted within 7 days to krieger_chambers@cod.uscourt.gov. by Judge Marcia S. Krieger on 2/14/12. Text Only Entry (msksec, ) (Entered: 02/14/2012) |
| 02/15/2012 | 202 | MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: |

| | | |
|---|---|---|
| | | Motion Hearing as to James R. Switzer held on 2/15/2012. AUSA Guy Till; Defendant present in custody with Jonathan Willett; Pretrial Matt Farwell. Defense counsel calls Shelia Pitt as witness to testify. Government offers proffer to court. Defense counsel and government present arguments to court regarding defendants motion. The court DENIES 166 Motion for Reconsideration as to James R. Switzer (15). Defendant remanded. Total time: 1 hour 6 minutes. Hearing time: 2:08-3:17. Text entry only. (FTR: Robin Mason) (cbscd, ) (Entered: 02/15/2012) |
| 02/17/2012 | 217 | STRICKEN MOTION for Order by USA as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) Modified on 3/1/2012 to strike pursuant to order at docket 263 (mjgsl, ). (Entered: 02/17/2012) |
| 02/20/2012 | 218 | WITHDRAWN - Unopposed MOTION to Exclude Time From Speedy Trial Calculation by James R. Switzer. (Willett, Jonathan) Modified on 5/25/2012 to add text Withdrawn pursuant to 444 Minute Entry dated 05/24/2012 (wjcsl, ). (Entered: 02/20/2012) |
| 02/21/2012 | 221 | PROTECTIVE ORDER as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright re 41 MOTION for Protective Order (Government's Motion for Protective Order for Jencks Act, Rule 26.2 and Rule 16 Material)filed by USA, by Judge Marcia S. Krieger on 2/21/12. (mjgsl, ) (Entered: 02/21/2012) |
| 02/23/2012 | 247 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: RE-arraignment on Superseding Indictment as to George H. Askew, Delbert J. Gardner, Richard W. Johnson, Johnie A. Myers, Corey L. Riley, Thomas A. Schrah, Jr., and James R. Switzer. AUSA Guy Till. Edward Harris for Defendant Askew, who is not present in custody, presence waived. Thea Reiff for Defendant Gardner, who is present in custody. Jonathan Willett for Defendant Switzer, who is present in custody. Miller Leonard for Defendant Johnson, who is present, in custody. Eric Lee for Defendant Schrah, who is present on bond. Ariel Benjamin for Defendant Riley, who is present in custody. Pretrial Services: Darren Streich. Pleas of NOT GUILTY entered by George H. Askew, Delbert J. Gardner, Richard W. Johnson, Johnie A. Myers, Corey L. Riley, Thomas A. Schrah, Jr., and James R. Switzer on all counts of the superseding indictment. Counsel to chambers. Defendants Askew, Gardner, Switzer, Johnson, and Riley are remanded. Defendants Myers and Schrah are continued on bond. Mr. Lee is directed to file a motion regarding Defendant Schrah's condition of release as to travel. Time: 10:28-10:41. Total time: 14 minutes. Text Only Entry. (FTR: C. Coomes -- Courtroom A-501) (mehcd) (Entered: 02/23/2012) |
| 02/29/2012 | 263 | ORDER striking 217 Motion for Order as to George H. Askew (1), Romell E. Bullock (2), Gregory A. Collins (3), George A. Gaddy (4), Delbert J. Gardner (5), Richard W. Johnson (6), Sheps H. Khamsahu (7), Eric Lugo (8), Johnie A. Myers (10), Darrell R. Parker (11), Calvin R. Riley (12), Corey L. Riley (13), Thomas A. Schrah Jr. (14), |

| | | |
|---|---|---|
| | | James R. Switzer (15), Clifford M. Wright (16); taking under advisement 217 Motion for Order as to Lawrence T. Martin (9). This document is not a Motion. It is a Notice. by Judge Marcia S. Krieger on 2/29/12. Text Only Entry (msksec, ) (Entered: 02/29/2012) |
| 03/02/2012 | 272 | NOTICE of Disposition by James R. Switzer (Willett, Jonathan) (Entered: 03/02/2012) |
| 03/02/2012 | 273 | NOTICE of Disposition by James R. Switzer (Willett, Jonathan) (Entered: 03/02/2012) |
| 03/06/2012 | 278 | ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS as to James R. Switzer: Pursuant to the filing of Defendant's 273 Notice of Disposition and 272 Notice of Disposition, a Change of Plea Hearing is set for **5/24/2012 at 11:00 AM** and a Sentencing hearing is set for **9/17/2012 at 11:00 AM** in Courtroom A 901 before Judge Marcia S. Krieger. Speedy trial clock is tolled. Hearings/deadlines terminated. by Judge Marcia S. Krieger on 3/6/12. (msksec, ) (Entered: 03/06/2012) |
| 03/07/2012 | 289 | ORDER CONVERTING TRIAL PREPARATION CONFERENCE TO MOTIONS HEARING as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright: In view of the motions filed, the Trial Preparation Conference set for 3/16/2012 is converted to a Motions Hearing and **reset from 4:00 PM to 02:30 PM** in Courtroom A 901 before Judge Marcia S. Krieger on that same date. by Judge Marcia S. Krieger on 3/7/12. Text Only Entry (msksec, ) (Entered: 03/07/2012) |
| 04/11/2012 | 350 | ORDER granting 329 Motion for Extension of Time to File Government's Motion for Enlargement of Time to Submit Rule 16 Discovery to the Defense) as to Gregory A. Collins (3), George A. Gaddy (4), Delbert J. Gardner (5), Eric Lugo (8), Corey L. Riley (13), Thomas A. Schrah Jr. (14), Clifford M. Wright (16). Extension granted up to and including April 13, 2012. by Judge Marcia S. Krieger on 4/11/12. Text Only Entry (msksec, ) (Entered: 04/11/2012) |
| 04/13/2012 | 353 | NOTICE OF ATTORNEY APPEARANCE Martha Ann Paluch appearing for USA. (Paluch, Martha) (Entered: 04/13/2012) |
| 04/13/2012 | 354 | MOTION for Order *Regarding Criminal Forfeiture of Property in Government Custody* by USA as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 04/13/2012) |
| 04/16/2012 | 362 | ORDER granting 360 Motion to Continue (Government's Motion for Enlargement of Time to Submit Rule 16 Discovery) as to Gregory A. Collins (3), George A. Gaddy (4), Delbert J. Gardner (5), Eric Lugo (8), Corey L. Riley (13), Thomas A. Schrah Jr. (14). Extension granted up to and including April 27, 2012. No further extensions will be granted. by Judge Marcia S. Krieger on 4/16/12. Text Only Entry (msksec, ) |

| | | |
|---|---|---|
| | | (Entered: 04/16/2012) |
| 04/26/2012 | 386 | ORDER AUTHORIZING GOVERNMENT TO MAINTAIN CUSTODY OF CERTAIN PROPERTY:granting 354 Motion for Order as to George H. Askew (1), Romell E. Bullock (2), Gregory A. Collins (3), George A. Gaddy (4), Richard W. Johnson (6), Sheps H. Khamsahu (7), Eric Lugo (8), Lawrence T. Martin (9), Johnie A. Myers (10), Darrell R. Parker (11), Calvin R. Riley (12), Corey L. Riley (13), Thomas A. Schrah Jr. (14), James R. Switzer (15), Clifford M. Wright (16), Delbert J. Gardner (5) by Judge Marcia S. Krieger on 4/26/12. (msksec, ) Modified on 4/30/2012 to add text name of Defendant (wjcsl, ). (Entered: 04/26/2012) |
| 05/11/2012 | 426 | ORDER granting 409 Motion to Continue as to Gregory A. Collins (3), George A. Gaddy (4), Eric Lugo (8), Corey L. Riley (13), Thomas A. Schrah Jr. (14) by Judge Marcia S. Krieger on 5/11/12. Text Only Entry (msksec, ) (Entered: 05/11/2012) |
| 05/24/2012 | 444 | MINUTE ENTRY for Change of Plea Hearing as to James R. Switzer held before Judge Marcia S. Krieger on 5/24/2012. Defendant present in custody. Plea of GUILTY to Count 28 of the Indictment entered by defendant. The Government's oral motion to dismiss the remaining Count of the Indictment (32) and the Superseding Indictment against this defendant is GRANTED, but the effect of the Order is stayed until time of Senteincg. Sentencing is set on September 17, 2012 at 11:00 a.m., in Courtroom A901, 901 19th Street, Denver, CO 218 Motion to Exclude is WITHDRAWN. Defendant remanded. (Court Reporter: Paul Zuckerman) (mskcd) (Entered: 05/24/2012) |
| 05/24/2012 | 445 | PLEA AGREEMENT as to James R. Switzer (mskcd, (Entered: 05/24/2012) |
| 05/24/2012 | 446 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant James R. Switzer (mskcd) (Entered: 05/24/2012) |
| 05/24/2012 | 447 | ORDER Concerning Presentence Investigation & Report as to James R. Switzer. The Defendant has entered a plea of guilty pursuant to a plea agreement entered into with the United States of America. This agreement includes a stipulation of facts setting forth the circumstances of the commission of the offense and the circumstances affecting the Defendants behavior. Upon consideration of that stipulation, this Court finds and concludes that the factual stipulation is sufficient for inclusion in the presentence report to satisfy the requirements of Rule 32(c) of the Federal Rules of Criminal Procedure. It is inappropriate to conduct an independent investigation into the offense behavior because it would be inconsistent with the parties plea agreement and could adversely affect the rights of the parties. Accordingly, it is ORDERED that in making the pre-sentence investigation and report in this case, the probation service will include the stipulation of facts as the statement of the nature and circumstances of the offense and offense conduct and shall not conduct an independent factual investigation of same. Such statements shall be considered by this Court in making its determination under 18 U.S.C. § 3553(a)(1) with respect to the nature and circumstances of the offense. by Judge Marcia S. Krieger on 5/24/12. Text Only Entry (mskcd) (Entered: 05/24/2012) |
| 05/31/2012 | 458 | MOTION for Writ of Habeas Corpus ad Testificandum by USA as to George H. |

| | | |
|---|---|---|
| | | Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only), # 2 writ)(Till, Guy) (Entered: 05/31/2012) |
| 06/04/2012 | 467 | ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM Re: 458 Motion for Writ of Habeas Corpus ad Testificandum as to George H. Askew (1), Romell E. Bullock (2), Gregory A. Collins (3), George A. Gaddy (4), Delbert J. Gardner (5), Richard W. Johnson (6), Sheps H. Khamsahu (7), Eric Lugo (8), Lawrence T. Martin (9), Johnie A. Myers (10), Darrell R. Parker (11), Calvin R. Riley (12), Corey L. Riley (13), Thomas A. Schrah Jr. (14), James R. Switzer (15), Clifford M. Wright (16), by Judge Marcia S. Krieger on 06/04/2012. (wjcsl, ) (Entered: 06/05/2012) |
| 06/04/2012 | 468 | VACATED - Writ of Habeas Corpus ad Testificandum Issued as to Samuel E. Robinson for 07/30/2012 in case as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (wjcsl, ) Modified on 7/18/2012 to indicate vacated pursuant to Order dated 07/17/2012 (wjcsl, ). (Entered: 06/05/2012) |
| 06/19/2012 | 505 | CJA 20/30 Payment Request as to James R. Switzer. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Willett, Jonathan) (Entered: 06/19/2012) |
| 06/20/2012 | 506 | CJA 20/30 Payment Request as to James R. Switzer. (Attachments: # 1 CJA Attachment costs sheet, # 2 CJA Attachment services sheet, # 3 CJA Attachment summary)(Willett, Jonathan) (Entered: 06/20/2012) |
| 07/11/2012 | 586 | CJA 20/30 Payment Authorization as to James R. Switzer by Judge Marcia S. Krieger on 7/11/12. (dbrow, ) (Entered: 08/06/2012) |
| 07/13/2012 | 564 | MOTION for Leave to Restrict Document by USA as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 07/13/2012) |
| 07/13/2012 | 565 | RESTRICTED DOCUMENT - Level 2: as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Till, Guy) (Entered: 07/13/2012) |
| 07/13/2012 | 566 | RESTRICTED DOCUMENT - Level 2: as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, |

| | | |
|---|---|---|
| | | Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Till, Guy) (Entered: 07/13/2012) |
| 07/13/2012 | 567 | MOTION to Vacate *Writ* by USA as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 07/13/2012) |
| 07/17/2012 | 568 | ORDER granting 567 Motion to Vacate Writ as to George H. Askew (1), Romell E. Bullock (2), Gregory A. Collins (3), George A. Gaddy (4), Delbert J. Gardner (5), Richard W. Johnson (6), Sheps H. Khamsahu (7), Eric Lugo (8), Lawrence T. Martin (9), Johnie A. Myers (10), Darrell R. Parker (11), Calvin R. Riley (12), Corey L. Riley (13), Thomas A. Schrah Jr. (14), James R. Switzer (15), Clifford M. Wright (16). The Writ as to Samuel E. Robinson is hereby VACATED. by Judge Marcia S. Krieger on 7/17/12. Text Only Entry (msksec, ) (Entered: 07/17/2012) |
| 08/13/2012 | 596 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to James R. Switzer (dgall, ) (Entered: 08/13/2012) |
| 08/29/2012 | 614 | OBJECTION/RESPONSE to Presentence Report by James R. Switzer (Willett, Jonathan) (Entered: 08/29/2012) |
| 08/29/2012 | 615 | Unopposed MOTION to Continue *Sentencing Hearing* by James R. Switzer. (Willett, Jonathan) (Entered: 08/29/2012) |
| 08/30/2012 | 617 | ORDER granting 615 Unopposed Motion to Continue Sentencing Hearing as to James R. Switzer (15). The Sentencing Hearing set for September 17, 2012, is VACATED. Counsel shall **jointly** contact chambers on or before September 5, 2012, to reset the hearing. by Judge Marcia S. Krieger on 8/30/12. Text Only Entry (msksec, ) (Entered: 08/30/2012) |
| 09/07/2012 | 624 | ORDER Re-Setting Hearing as to James R. Switzer: Sentencing reset for **10/22/2012 at 09:00 AM** in Courtroom A 901 before Judge Marcia S. Krieger. by Judge Marcia S. Krieger on 9/7/12. Text Only Entry (msksec, ) (Entered: 09/07/2012) |
| 09/12/2012 | 628 | RESTRICTED DOCUMENT - Level 2 - Order. (klyon, ) (Entered: 09/12/2012) |
| 10/01/2012 | 674 | OBJECTION/RESPONSE to Presentence Report 596 by James R. Switzer (Attachments: # 1 Exhibit Affidavit and judgment in state eluding case)(Willett, Jonathan) (Entered: 10/01/2012) |
| 10/11/2012 | 688 | RESTRICTED PRESENTENCE REPORT as to James R. Switzer (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(dgall, ) (Entered: 10/11/2012) |
| 10/11/2012 | 689 | RESTRICTED ADDENDUM to Presentence Report 688 as to James R. Switzer (Attachments: # 1 Exhibit A, # 2 Exhibit B)(dgall, ) (Entered: 10/11/2012) |
| 10/12/2012 | 692 | RESTRICTED SECOND ADDENDUM to Presentence Report 688 as to James R. Switzer (Attachments: # 1 Exhibit A)(dgall, ) (Entered: 10/12/2012) |

| | | |
|---|---|---|
| 10/17/2012 | 697 | MOTION for Departure *and Motion for Non-Guideline Sentence* by James R. Switzer. (Willett, Jonathan) (Entered: 10/17/2012) |
| 10/18/2012 | 700 | SENTENCING STATEMENT *(Letters on Behalf of Defendant)* by James R. Switzer (Attachments: # 1 Appendix Letters on Behalf of Defendant)(Willett, Jonathan) (Entered: 10/18/2012) |
| 10/19/2012 | 705 | RESPONSE to Motion by USA as to James R. Switzer re 697 MOTION for Departure *and Motion for Non-Guideline Sentence* (Till, Guy) (Entered: 10/19/2012) |
| 10/22/2012 | 706 | MINUTE ENTRY for Sentencing as to defendant James R. Switzer held before Judge Marcia S. Krieger on 10/22/2012. Defendant present in custody. This hearing will be continued for the reasons stated on the record. Counsel will report to chambers at the close of this hearing to obtain a new sentencing date. Defendant remanded. Court Reporter: Mary George. (mskcd) (Entered: 10/22/2012) |
| 10/22/2012 | 707 | ORDER Re-Setting Hearing as to James R. Switzer: Sentencing reset for **10/30/2012 at 09:00 AM** in Courtroom A 901 before Judge Marcia S. Krieger. by Judge Marcia S. Krieger on 10/22/12. Text Only Entry (msksec, ) (Entered: 10/22/2012) |
| 10/29/2012 | 722 | MOTION to Dismiss *(Government's Rule 48 Motion to Dismiss Remaining Charges as to Defendant James R. Switzer Only)* by USA as to James R. Switzer. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 10/29/2012) |
| 10/30/2012 | 724 | MINUTE ENTRY for Sentencing as to defendant James R. Switzer held before Judge Marcia S. Krieger on 10/30/2012. Defendant present in custody. 697 Motion for Departure is GRANTED in part and DENIED in part. Defendant sentenced as reflected on the record. Sentencing as to defendant on Count 28 of the Indictment. Defendant remanded. Court Reporter: Terri Lindblom. (mskcd) (Entered: 10/30/2012) |
| 11/01/2012 | 727 | MOTION for Leave to Restrict Document by USA as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 11/01/2012) |
| 11/01/2012 | 728 | RESTRICTED DOCUMENT - Level 2: as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Till, Guy) (Entered: 11/01/2012) |
| 11/01/2012 | 729 | RESTRICTED DOCUMENT - Level 2: as to George H. Askew, Romell E. Bullock, Gregory A. Collins, George A. Gaddy, Delbert J. Gardner, Richard W. Johnson, Sheps H. Khamsahu, Eric Lugo, Lawrence T. Martin, Johnie A. Myers, Darrell R. Parker, Calvin R. Riley, Corey L. Riley, Thomas A. Schrah, Jr, James R. Switzer, Clifford M. Wright. (Attachments: # 1 Proposed Order (PDF Only))(Till, Guy) (Entered: 11/01/2012) |

| | | |
|---|---|---|
| 11/01/2012 | 731 | NOTICE OF APPEAL re: 724 Sentencing Minutes, by James R. Switzer. (Willett, Jonathan) Modified on 11/2/2012 to add linkage(lswsl ). (Entered: 11/01/2012) |
| 11/01/2012 | 732 | JUDGMENT as to defendant James R. Switzer (15). Count 28: Defendant plead guilty to count 28 of the Indictment. Defendant to be imprisoned for 40 months. Supervised Release: 3 years. Assessment: $100. Count(s) 28s, 32, 32s: Dismissed. By Judge Marcia S. Krieger on 11/01/2012. (Attachments: # 1 Sentencing Transcript) (klyon, ) (Entered: 11/01/2012) |
| 11/01/2012 | 733 | ORDER DISMISSING REMAINING CHARGES AS TO DEFENDANT JAMES R. SWITZER ONLY as to James R. Switzer granting 722 Government's Rule 48 Motion to Dismiss Remaining Charges. By Judge Marcia S. Krieger on 11/1/2012. (klyon, ) (Entered: 11/01/2012) |
| 11/02/2012 | 734 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 731 Notice of Appeal as to James R. Switzer to the U.S. Court of Appeals. ( CJA) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record)(lswsl ) (Entered: 11/02/2012) |
| 11/02/2012 | 735 | USCA Case Number as to James R. Switzer 12-1437 for 731 Notice of Appeal filed by James R. Switzer. (lswsl ) (Entered: 11/02/2012) |
| 11/19/2012 | **753** | AMENDED JUDGMENT as to James R. Switzer (15). Count 28: Defendant plead guilty to count 28 of the Indictment. Defendant to be imprisoned for 40 months. Supervised Release: 3 years. Assessment: $100. Counts 28s, 32, 32s: Dismissed. Judgment Amended to correct Date of Imposition of Judgment to 10/30/2012. By Judge Marcia S. Krieger on 11/19/2012. (klyon, ) (Entered: 11/19/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2012 17:00:33 | | | |
| PACER Login: | wm0471 | Client Code: | Walshe |
| Description: | Docket Report | Search Criteria: | 1:12-cr-00010-MSK |
| Billable Pages: | 10 | Cost: | 1.00 |