

|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF COLORADO**<br>**OFFICE OF THE CLERK** | Alfred A. Arraj<br>United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294<br>www.cod.uscourts.gov |
| Jeffrey P. Colwell<br>*Clerk* | Phone: (303) 844-3433 |

January 10, 2013

TRANSMITTAL OF RECORD ON APPEAL/SUPPLEMENTAL RECORD ON APPEAL

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:** USA v. Switzer

District Court Case No.: 12-cr-00010-MSK
Court of Appeals Case No.: 12-1437

Dear Clerk:

We hand the U.S. Court of Appeals for the Tenth Circuit Volume(s) I, II, III of the Record on Appeal in the above referenced case.

Volume I - Electronic Documents
Volume II - Restricted Transcript (795)
Volume III - Restricted Pre-sentence Reports and Addendums (Sealed)

                                        JEFFREY P. COLWELL, CLERK

                               by   s/ L. Weinstein
                                        Deputy Clerk

cc:    See the Notice Electronic Filing