# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 10, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jonathan Willett
1331 17th Street, Suite 608
Denver, CO 80202

RE:     **12-1437, United States v. Switzer**
        Dist/Ag docket: 1:12-CR-00010-MSK-15

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act (18 U.S.C.A. 3006A). The order appointing you is attached to the docket. You may find the CJA 20 billing workbook, which includes the appropriate voucher form, and instructions for completing it, on our website at www.ca10.uscourts.gov/clerk/showcja.php. Upon conclusion of the appeal, you must submit all required supporting documentation, and the voucher, to claim compensation for services and reimbursement for expenses. The completed packet should be returned by e-mail in the required format(s) per the instructions. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. See Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services in petitioning for certiorari, you must submit a pdf copy of the petition by e-mail with your payment request.

If you are new to CJA appointments in the Tenth Circuit, you recently moved, or your assignment of the tax consequences of CJA payment has changed, within five (5) days please download a CJA5 Attorney Data Form from the webpage at http://www.ca10.uscourts.gov/clerk/showcja.php, fully complete the form, print it to .pdf and return it by e-mail to 10th_Circuit_CalTeam@ca10.uscourts.gov. The information from this form is used to create your CJA payment system 'file' for this appeal, authorize any travel at government expense, and pay your voucher after final disposition.

Appellant's brief must be filed on or before February 19, 2013. Appellee's brief must be filed 30 days after service of appellant's brief. Appellant may file a reply brief within 14 days after service of appellee's brief.

Seven copies of all briefs are required to be filed with the court.

Motions for extensions of time to file briefs will not be granted unless they comply with 10th Cir. R. 27.4.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Martha A. Paluch
        Robert Mark Russel
        Guy Till

EAS/lg