# United States District Court

District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 09 2016

JEFFREY P. COLWELL
CLERK

Case # 12-CR-00010-MSK

United States of America

VS.

James Ryan Switzer

## Motion for early termination of supervised release.

My name is James Switzer, (case # 12-CR-00010-MSK). I'm motioning the court for early termination of supervised release. I received a 3 year supervised release sentence starting December 18 , 2014 , and ending December 18, 2017. I have currently served 21 months of that sentence. I had a conversation with my probation officer ( Tina Parde ) about getting released early from probation due to compliance in all areas of probation, and have no restitution to pay. I was directed to motion the courts , and have a judge review my request.

Here is some information about what I have been doing with my life after being released from the B.O.P. I have completed the 6 month halfway house reintergration program successfully with no problems or issues or write ups. I currently work as a carpenter by trade for Rails Plus ( 2730 Tejon st , Denver Co. 303-777-7914.) I recently just got married in June, and love my life seeing my children all the time , and spending quality time with them. Currently my wife and I are looking for a house to buy. I feel in my heart that I have progressed in a positive way towards being a productive member of society , and making smatter and better choices with my life. Honestly I don't know what to say besides the truth about what is going on with me in my life currently. I'm not trying to

persuade you or tell you what you want to hear. I just feel like I'm in a good position in my life mentally and spiritually , and breaking the law is not going to be part of my life anymore, I just need a chance to prove it to you. I have been in compliance with all the terms of probation, and do what is required of me through my probation officer. I'm requesting please early termination of my current probation sentence.

Sincerely: James Switzer

James Switzer

11801 Washington St Apt. H-110
Northglenn, CO 80233

James Switzer
11801 Washington st. H-110
Northglenn, CO
80233

United States District Court
District of Colorado
901 19th st, Suite A-105
Denver, CO 80294

80294-250151

Case No. 1:12-cr-00010-MSK   Document 1068   filed 09/09/16   USDC Colorado   pg 4 of 4

