IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00010-MSK-13

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

13.    **JAMES RYAN SWITZER,**

    Defendant.

---

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. #1068)

---

THE UNITED STATES, by Acting United States Attorney Robert C. Troyer, through Assistant United States Attorney Guy Till (Government), pursuant to minute order entered September 13, 2016 (DOC. #1069), here respectfully advises the Court that the Government is opposed to the Defendant James Ryan Switzer's Motion for an Order for Early Termination of Supervised Release (DOC. #1068).  The Government respectfully submits that, despite the fact that the Defendant's adjustment to supervised release has been good, the Defendant has a substantial criminal history, and continued supervised release is in the best interests of the public and the Defendant.

Respectfully submitted this 27th day of September, 2016.

>ROBERT C. TROYER
>Acting United States Attorney
>
>By: *s/Guy Till*
>GUY TILL
>Assistant United States Attorney
>United States Attorney's Office
>1225 17th Street, Suite 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>FAX: (303) 454-0409
>E-mail: Guy.Till@usdoj.gov
>Attorney for the Government

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of September, 2016, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. #1068)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Michelle.Trujillo@usdoj.gov