# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE



LAVETRA A. CASTLES
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

September, 29, 2016

ELIZABETH MILLER
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

103 Sheppard Drive, Suite 206
Durango, CO 81303-3439
Phone: (970) 385-9564

RESPOND TO:   Denver

RE:   Defendant:  James R. **SWITZER**
      Docket No.: 1:12CR00010-MSK-15
      **PROBATION RESPONSE TO DEFENDANT'S REQUEST FOR EARLY TERMINATION**

This correspondence follows the Court's directive that the Probation Office respond to the defendant's motion for consideration of early termination of his term of supervised release (Document # 1068).

On October 30, 2012, the above-named offender was sentenced in the District of Colorado to 40 months imprisonment, to be followed by 3 years supervised release.  The defendant has been on supervised release since December 18, 2014, completing 21 months of supervision, which makes him statutorily eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1).  However, because he has a non-qualifying risk prediction index (RPI) score of 7, the offender is considered unsuitable for early termination of supervision according to the criteria provided by the Judicial Conference Committee on Criminal Law.  An RPI score of 7 is indicative of a 49% recidivism rate, which is six times higher than an RPI score of 1 (8.4%).

The defendant's criminal history involves a violent juvenile conviction for Menacing (Use of a Deadly Weapon), and two separate violent adult convictions for Attempted Assault-3 Knowing/Reckless Cause Injury (Domestic Violence); two separate adult convictions for Harassment; and Conspiracy to Commit Vehicular Eluding- With Injury.  However, all the violent arrests date back to 2005 and earlier.  All court ordered costs have been paid in full and the defendant has satisfied all court ordered special conditions.

Although the offender does not meet all the criteria, the offender has met the following:

- Stable community reintegration (e.g., residence, family, employment);

- Progressive strides toward supervision objectives and in compliance with all conditions of supervision;

- No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

- No recent arrests or convictions (including unresolved pending charges) or ongoing, uninterrupted patterns of criminal conduct;

- No recent evidence of alcohol or drug abuse;

- No recent psychiatric episodes; and

- No identifiable risk to the safety of any identifiable victim.

The defendant has remained compliant with the conditions of supervised release since the onset of supervision, with the exception of a missed drug test on May 31, 2015.  The offender also received a minor traffic infraction for Faulty Headlight on February 13, 2016, for which he paid a fine.

As noted in the offender's motion, he has been employed with Rails Plus since July 2014.  In June 2016, the offender married Kimberly McCaffery, and they have maintained the same residence since May 2015, and appear to be doing well.

If not for the offender's non-qualifying RPI score of 7, he would be a good candidate for early termination of supervision.

Should the Court have any questions regarding the above, please contact this officer at: 303-335-2426.

Respectfully Submitted,

*s/ Tina Parde*
Tina Parde
United States Probation Officer

Approved:

*s/ Garret Pfalmer*
Garret C. Pfalmer
Supervising United States Probation Officer